# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY LORENZA CAREY, SR., | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CV-0921-RDP-RRA |
| CAPTAIN DARREN BRITTON, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on February 25, 2013, recommending that Defendant's Motion for Summary Judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's Motion for Summary Judgment is due to be granted and this action is due to be dismissed with prejudice. A Final Judgment will be entered.

Costs are taxed as paid.

**DONE** and **ORDERED** this   22nd   day of March, 2013.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE